1  BRUCE BENNETT (SBN 105430)
   MONIKA WIENER (SBN 211467)
2  MICHAEL SCHNEIDEREIT (SBN 234956)
   DEWEY & LEBOEUF LLP
3  333 South Grand Avenue
   Suite 2600
4  Los Angeles, CA  90071-1530
   Telephone: (213) 621-6000
5  Facsimile:  (213) 621-6100

6  Attorneys for Defendants Solomon Rastegar,
   and Inglewood Investment Company, Inc.
7

8  **IN THE UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, Inc., | ) Chapter 11 |
| Debtor, | ) Adversary Proceeding No. 2:11-ap-01398-BR |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | ) **NOTICE OF MOTION AND MOTION OF SOLOMON RASTEGAR, AND INGLEWOOD INVESTMENT COMPANY, INC., TO DISMISS THE COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550, AND 502** |
| Plaintiff, | |
| vs. | |
| SOLOMON RASTEGAR, an individual; and INGLEWOOD INVESTMENT COMPANY, INC., a California Corporation, | ) Date: [To be set] |
| | ) Time: [To be set] |
| Defendants. | ) Location: Courtroom 1668 |
| | )   Edward R. Roybal Federal Building |
| | )   and Courthouse |
| | )   255 East Temple Street |
| | )   Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE**

**AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that at a time and on a date to be determined by the Court, in Courtroom 1668 of the above-captioned Court, located at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012, defendants Solomon

1

Rastegar ("Solomon") and Inglewood Investment Company, Inc. ("Inglewood") will and hereby do move (the "Motion") the Court pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012(b), and the applicable local rules of this Court, to dismiss the First through Third Claims for Relief alleged in the *Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547(b), 548(a), 550 and 502* (the "Complaint").

The Motion is made on the grounds that the all of the Claims for Relief alleged in the Complaint fail to state a claim upon which relief can be granted.  The Motion is based on this notice, the accompanying memorandum of points and authorities, the documents, pleadings, and records on file in this adversary proceeding, and such additional evidence that may be presented to the Court prior to or at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any response to the Motion must be in the form required by Local Bankruptcy Rule 9013-1(f), filed with the Court and served on (1) Dewey & LeBoeuf, LLP, as counsel for Solomon and Inglewood, at the address set forth in the caption to this Motion; and (2) all other individuals and entities requesting notice in addition to or other than the notice provided by the Court's Notice of Electronic Filing, *no later than fourteen (14) days prior to the date of the hearing*.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file an opposition to the Motion may be deemed by the Court to be consent to the granting of the Motion.

Dated:  June 14, 2011

Bruce Bennett
Monika Wiener
Michael Schneidereit
DEWEY & LeBOEUF LLP

By: */s/ Monika Wiener*
    Monika Wiener

Attorneys for Solomon Rastegar and Inglewood Investment Company, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this adversary proceeding. My business address is:

Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

True and correct copies of the foregoing document described <u>Notice of Motion and Motion of Solomon Rastegar, and Inglewood Investment Company, Inc., to Dismiss the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547(b), 548(a), 550, and 502</u> were served in the manners indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 14, 2011</u>, I checked the CM/ECF docket for this adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

   Robyn Sokol – rsokol@ebg-law.com; ecf@ebg-law.com
   United States Trustee (LA)  -  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. TO BE SERVED BY U.S. MAIL**: On <u>June 14, 2011</u>, I served the following persons at the last known addresses in this adversary proceeding by placing true and correct copies thereof in sealed envelopes in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| John P. Reitman<br>Landau Gottfried & Berger LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067 | Judge Barry Russell<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |
|---|---|

☐ Service information continued on attached page

**III. TO BE SERVED BY EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>June 14, 2011</u>, I served the following person by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

   John P. Reitman – jreitman@lgbfirm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 14, 2011 | Kevin Floyd | */s/ Kevin Floyd* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-1-