| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| RICHARD D. BURSTEIN - SBN 056661<br>ROBYN B. SOKOL - SBN 159506<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: 818-827-9000<br>Fax: 818-827-9099<br>Emails: rburstein@ebg-law.com; rsokol@ebg-law.com<br>*Attorney for* Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br>Plaintiff(s).| CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR |
| vs.<br>SOLOMON RASTEGAR, an individual; and INGLEWOOD INVESTMENT COMPANY, INC., a California corporation,<br>Defendant(s). | ADVERSARY NO.: 2:11-ap-01398-BR<br><br>DATE: 7/19/11<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1668 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☐ Yes ☒ No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*:
   Defendant filed a Motion to Dismiss on 6/14/11, with the hearing set for July 19, 2011. Plaintiff will oppose the Motion to Dismiss.

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          F 7016-1.1

| Joint Status Report - *Page 2* | **F 7016-1.1** |
|---|---|
| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br>                                                                Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br>ADVERSARY NO.: 2:11-ap-01398-BR |

**B.** **READINESS FOR TRIAL:**

    1.    When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Not applicable at this time. | Not applicable at this time. |

    2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Not applicable at this time. | Not applicable at this time. |

    3.    When do you expect to complete *your* discovery efforts?

| Plaintiff | Defendant |
|---|---|
| Not applicable at this time. | Not applicable at this time. |

    4.    What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Not applicable at this time. | Not applicable at this time. |

**C.** **TRIAL TIME:**

    1.    What is your estimate of the time required to present *your side of the case* at trial (including rebuttal stage if applicable)?

| Plaintiff | Defendant |
|---|---|
| Not applicable at this time. | Not applicable at this time. |

    2.    How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

    3.    How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                          **F 7016-1.1**

| Joint Status Report - *Page 3* | **F 7016-1.1** |
|---|---|
| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br>ADVERSARY NO.: 2:11-ap-01398-BR |

**D.   PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference _X_ (is)/ ___ (is not) requested.<br>Reasons: _____ | Pre-trial conference _X_ (is)/ ___ (is not) requested.<br>Reasons: _____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>:<br>(date) _After completion of discovery_ | Pre-trial conference should be set <u>after</u>:<br>(date) _After completion of discovery_ |

**E.   SETTLEMENT:**

1. What is the status of settlement efforts?
   Some preliminary discussions have occurred.

2. Has this dispute been formally mediated?     ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                              Defendant
   ☐ Yes   ☒ No                          ☐ Yes   ☒ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         **F 7016-1.1**

| Joint Status Report - *Page 4* | **F 7016-1.1** |
|---|---|
| In re<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>                                                                    Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:08-bk-32333-BR<br>ADVERSARY NO.: 2:11-ap-01398-BR |

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

The parties have agreed not to commence discovery until the motion to dismiss has been resolved and the case is at issue.

Defendants have a mediation scheduled on July 26, 2011 in a related adversary proceeding, Wall Street Mart, LP vs. Rassol LLC, Adv. Pro. No. 2:10-ap-01950 in the bankruptcy case In re Wall Street Mart, LP, Case No. 2:09-bk-42717-BR. Defendants will be prepared to discuss settlement in this Adversary Proceeding at that time.

Respectfully submitted,

Dated: 7/5/11

EZRA BRUTZKUS GUBNER LLP
*Firm Name*

By: /s/

Name: ROBYN B. SOKOL

Attorney for:   Bradley D. Sharp, Ch. 11 Trustee

Dated: 07/01/11

DEWEY & LeBOEUF LLP
*Firm Name*

By: /s/

Name: MICHAEL C. SCHNEIDEREIT

Attorney for:   SOLOMON RASTEGAR, etc., et al.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              **F 7016-1.1**

| In re NAMCO CAPITAL GROUP, INC., <br> Debtor. <br><br> BRADLEY D. SHARP v. SOLOMON RASTEGAR and INGLEWOOD INVESTMENT COMPANY, INC. | Chapter 11 <br><br> CASE NUMBER 2:08-bk-32333-BR <br><br> ADV CASE NO.: 2:11-ap-01398-BR |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 5, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below.

**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Monika S Wiener**    mwiener@dl.com

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 5, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**Via U.S. Mail**
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Room 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| July 5, 2011 | KRISTINA DOW | *Kristina Dow* |
|---|---|---|
| Date | Full Name | Signature |