1  BRUCE BENNETT (SBN 105430)
   MONIKA WIENER (SBN 211467)
2  MICHAEL SCHNEIDEREIT (SBN 234956)
   DEWEY & LEBOEUF LLP
3  333 South Grand Avenue
   Suite 2600
4  Los Angeles, CA  90071-1530
   Telephone: (213) 621-6000
5  Facsimile:  (213) 621-6100

6  Attorneys for Defendants Solomon Rastegar,
   and Inglewood Investment Company, Inc.
7

8
               **IN THE UNITED STATES BANKRUPTCY COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10
                         **LOS ANGELES DIVISION**
11

| | |
|---|---|
| In re | ) Case No. 2:08-bk-32333-BR |
| | ) |
| NAMCO CAPITAL GROUP, Inc., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) Adversary Proceeding No. 2:11-ap-01398-BR |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | ) |
| | ) **DEFENDANTS' REPLY TO TRUSTEE'S** |
| | ) **MEMORANDUM OF POINTS AND** |
| Plaintiff, | ) **AUTHORITIES IN OPPOSITION TO** |
| | ) **DEFENDANTS' MOTION TO DISMISS** |
| vs. | ) **THE COMPLAINT** |
| | ) |
| SOLOMON RASTEGAR, an individual; and | ) Date:     July 19, 2011 |
| INGLEWOOD INVESTMENT COMPANY, | ) Time:     2:00 p.m. |
| INC., a California Corporation, | ) Location: Courtroom 1668 |
| | )           Edward R. Roybal Federal Building |
| Defendants. | )           and Courthouse |
| | )           255 East Temple Street |
| | )           Los Angeles, CA 90012 |
| | ) |

1

In response to the Trustee's *Memorandum of Points And Authorities In Opposition To Defendant's Motion To Dismiss Complaint* ("Opposition"), defendants Inglewood Investment Company, Inc. ("Inglewood") and Solomon Rastegar ("Solomon" and together with Inglewood, the"Defendants") state as follows.

The Complaint does not allege *any* transfers to Solomon Rastegar (as opposed to Inglewood). The Complaint therefore plainly fails to provide sufficient notice of Plaintiffs' alleged claims against Solomon as required by Rule 8 of the Federal Rules of Civil Procedure, and all claims against Solomon should be dismissed.  In addition, Defendants hereby incorporate by reference the *Reply Of Defendants Roxana Rastegar, Mahi Rastegar, Jessica Kimiabakhash, Michele Kimiabakhash, Shabnam Kimiabakhash, Solomon Rastegar, And The Rastegar Family Trust To Plaintiff's Opposition To Motion To Dismiss The First Amended Complaint To Avoid And Recover Preferential Transfers Pursuant To 11 U.S.C. §§  547(B), 548(A), 550, And 502* (the "Family's Reply") that is being concurrently filed in Case No. 2:11-ap-01397-BR, a related adversary proceeding that is also pending before this Court.  As set forth in the Family's Reply, Plaintiff has failed to allege facts that, if true, would plausibly suggest that Solomon—much less Inglewood— was a statutory or non-statutory insider of Namco or Ezri Namvar.  The remaining claims asserted by Plaintiff should also be dismissed for the reasons stated in Defendants' motion.

Dated:  July 12, 2011

Bruce Bennett
Monika Wiener
Michael Schneidereit
DEWEY & LeBOEUF LLP

By: */s/ Monika Wiener*
    Monika Wiener

Attorneys for Solomon Rastegar and Inglewood Investment Company, Inc.

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this adversary proceeding. My business address is:

Dewey & LeBoeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

True and correct copies of the foregoing document described **Defendants' Reply to Trustee's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Complaint** were served in the manners indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 12, 2011, I checked the CM/ECF docket for this adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

    Robyn B. Sokol  -  ecf@ebg-law.com, rsokol@ebg-law.com
    United States Trustee (LA)  -  ustpregion16.la.ecf@usdoj.gov
    Monika S. Wiener – mwiener@dl.com

☐ Service information continued on attached page

**II. TO BE SERVED BY OVERNIGHT MAIL**: On July 12, 2011, I served the following persons and/or entities at the last known addresses in this adversary proceeding by placing true and correct copies thereof in sealed envelopes with an overnight service, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Hon. Barry Russell
    United States Bankruptcy Court
    255 E. Temple Street, Room 1660
    Los Angeles, CA 90012

☐ Service information continued on attached page

**III. TO BE SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 12, 2011 | Kevin Floyd | /s/ Kevin Floyd |
|---|---|---|
| *Date* | *Type Name* | *Signature* |