1  STEVEN T. GUBNER – Bar No. 156593
   RICHARD D. BURSTEIN - Bar No. 56661
2  ROBYN B. SOKOL - Bar No. 159506
   EZRA BRUTZKUS GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile:  (818) 827-9099
5  E-mail:      sgubner@ebg-law.com
                rburstein@ebg-law.com
6                rsokol@ebg-law.com

7  Special Counsel for Plaintiff Bradley D. Sharp, Chapter 11 Trustee

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

| | |
|---|---|
| 11  In re | Case No. 2:08-bk-32333-BR |
| 12  NAMCO CAPITAL GROUP, INC., a California corporation, | CHAPTER 11 |
| 13                          Debtor. | Adv. Case No. 2:11-ap-01398-BR |
| 14  BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | **ORDER DENYING MOTION OF SOLOMON RASTEGAR, AND INGLEWOOD INVESTMENT COMPANY, INC., TO DISMISS THE COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550, AND 502** |
| 15                          Plaintiff, | |
| 16            v. | |
| 17  SOLOMON RASTEGAR, an individual; and INGLEWOOD INVESTMENT COMPANY, INC., a California corporation, | |
| 18 | **Date:**  July 19, 2011 |
| 19                          Defendants. | **Time:** 2:00 p.m. |
| 20 | **Place:** Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

21
22          The "Motion of Solomon Rastegar, and Inglewood Investment Company, Inc., to Dismiss the

23  First Amended Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§

24  547(b), 548(a), 550, and 502," (the "Motion") came on for hearing on July 19, 2011, the Honorable

25  Barry Russell, United States Bankruptcy Judge presiding.  Monika Wiener of Dewey & LeBoeuf

26  LLP appeared on behalf of Solomon Rastegar, and Inglewood Investment Company, Inc., moving

27  Defendants.  Robyn B. Sokol of Ezra Brutzkus Gubner LLP appeared on behalf of Bradley Sharp,

28  Chapter 11 Trustee and the estate of Namco Capital Group, Inc. ("Trustee"), the Plaintiff.

FILED & ENTERED

AUG 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY FORTIER DEPUTY CLERK

The Court, having considered the papers of the parties and the argument of counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.   The Motion is Denied;

2.   Per the agreement of the Trustee and stipulation of the parties, as noted on the record, Claims 2 and 3 of the Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547(b), 548(a), 550 and 502 are dismissed, and Solomon Rastegar is dismissed from the adversary proceeding; and

3.   The Status Conference on the above captioned adversary proceeding is continued to October 25, 2011 at 10:00 a.m.

DATED: August 4, 2011

United States Bankruptcy Judge

| In re: | Chapter 11 |
| NAMCO CAPITAL GROUP, INC.  – Debtor(s) | CASE NUMBER 2:08-bk-32333-BR |
| BRADLEY D. SHARP v. SHARAHEH RASTEGAR, ET AL. | Adv. Case No. 2:11-ap-01397-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described as  **ORDER DENYING MOTION OF DEFENDANTS ROXANA RASTEGAR, MAHI RASTEGAR, JESSICA KIMIABAKHASH, MICHELE KIMIABAKHASH, SHABNAM KIMIABAKHASH, SOLOMON RASTEGAR, AND THE RASTEGAR FAMILY TRUST TO DISMISS THE FIRST AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550, AND 502** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **July 27, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**VIA U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA  90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 27, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows

- Monika S. Wiener    mwiener@dl.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2011 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
| *Date* | *Type Name* | *Signature* |

3

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC.   – Debtor(s)<br>BRADLEY D. SHARP v. SHARAHEH RASTEGAR, ET AL. | Chapter 11<br>CASE NUMBER 2:08-bk-32333-BR<br>Adv. Case No. 2:11-ap-01397-BR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION OF DEFENDANTS ROXANA RASTEGAR, MAHI RASTEGAR, JESSICA KIMIABAKHASH, MICHELE KIMIABAKHASH, SHABNAM KIMIABAKHASH, SOLOMON RASTEGAR, AND THE RASTEGAR FAMILY TRUST TO DISMISS THE FIRST AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 548(a), 550, AND 502** was entered on the date indicated as **Entered** on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 27, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Robyn B. Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Monika S. Wiener     mwiener@dl.com

☐      Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐      Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an **Entered** stamp, the party lodging the judgment or order will serve a complete copy bearing an **Entered** stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐      Service information continued on attached page

426526